IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

─────────────────────────

No. 21-10491-JJ

─────────────────────────

DORIS LAPHAM,

                                                  Plaintiff-Appellant,

versus

WALGREEN CO.,
a for-profit and Foreign corporation,
a.k.a. Walgreens,

                                                  Defendant-Appellee.

─────────────────────────

Appeal from the United States District Court
for the Middle District of Florida

─────────────────────────

ORDER:

      The motion by the National Employment Lawyers Association for leave to file a brief as *amicus curiae* in support of reversal is DENIED.

                                                    /s/ Barbara Lagoa
                                                    UNITED STATES CIRCUIT JUDGE