# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10491

_____

DORIS LAPHAM,

                                                                 Plaintiff-Appellant,

*versus*

WALGREEN CO.,
a for-profit and Foreign corporation,
a.k.a. Walgreens,

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-00579-PGB-DCI

_____

2                               Order of the Court                          21-10491

ORDER:

The motion to withdraw as counsel for the Appellee filed by Attorney Benjamin Bard is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION